72,337-03,04
February 2, 2015

Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
COURT OF CRIMINAL APPEALS
FEB 24 2015
FEB 2 1 2015

Abel Acosta, Clerk
Abel Acosta, Clerk

Clerk,

Re; In re Brown          WR 72,337-03          T.C.   F06-62942-US
                         WR 72,337-04

    Your Court recently entered an order on or about December 28, 2014 for my trial court (282nd District Court) to tell your Court whether two motions to compel were filed and addressed in their court. To date I have received nothing from the trial court in regards to your Court's order. Please let me know what the status is on the above cited writs.

                    Thanking you in advance,

                              Respectfully submitted,

                         X

                         Richard Brown #1387146
                         Michael Unit
                         2664 Fm 2054 West
                         Tennessee Colony, Texas
                                   75886